STATE OF HAWAII *v.* CLARENCE NAM SING SHAK.

No. 4718.

November 18, 1968.

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON, JJ., AND CIRCUIT JUDGE
OKINO ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

*Joseph A. Ryan* (*Ryan & Ryan* of counsel) for the petition.